No. 01–620. BUILDING INDUSTRY ASSOCIATION OF SUPERIOR CALIFORNIA ET AL. v. NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Motion of Nebraska et al. for leave to

file a brief as *amici curiae* granted. Certiorari denied.